*AUSA Assigned: MJE*
*County of Investigation: Spokane*
*Affidavit in Support of Complaint*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2021

SEAN F. McAVOY, CLERK

STATE OF WASHINGTON　)
　　　　　　　　　　　):ss
County of Spokane　　　　)

I, William Downey, being first duly sworn on oath, deposes and states as follows:

1. This Affidavit is submitted for the purpose of obtaining a complaint and arrest warrant for Timothy S. YOUNG Jr, based upon his failure to register as a sex offender in violation of 18 U.S.C. § 2250(a).

2. This complaint arises out of an investigation being conducted by the United States Marshal Service in Spokane WA.

## INTRODUCTION AND DEPUTY UNITED STATES MARSHAL BACKGROUND

3. I am a Deputy with the United States Marshals Service (USMS), United States Department of Justice, currently assigned to the U.S. Marshals Office in Spokane, Washington. I have served as a Deputy U.S. Marshal for the

Affidavit of William Downey
1 of 4
2250 AFFIDAVIT_MJE

past 25 years, with 22 of those years assigned to the Eastern District of Washington.

4. My regular duties as a Deputy U.S. Marshal encompass, among other tasks, the investigation of all violations of federal law and related criminal activities, including but not limited to, offenses contained within Title 18 of the United States Code. I additionally assist with the movement of prisoners; serve court-ordered summons and arrest warrants; and frequently investigate and apprehend federal fugitives. The following information is based on my own observations, training, experience, and investigation, together with information provided to me by other Deputy U.S. Marshals in my office.

5. The statements contained in this Affidavit are based in part on my training, experience, participation in, and knowledge of this investigation, and learned from other individuals, to include but not limited to deputy United States Marshals, bureau of prisons offices and employees of the halfway house, to include but not limited to those named in this Affidavit.

6. The information included in this affidavit is not all the information known to your affiant or other law enforcement personnel; this information is provided to establish probable cause to obtain a complaint and arrest warrant.

## PROBABLE CAUSE

7.      On July 9, 2007, in the State of Wisconsin, Circuit Court of Douglas County, Timothy Scott YOUNG, Jr., was convicted of the felony offense Second Degree Sexual Assault of a Child in Case Number 2007CF000055. The victim in this case was a 15-year-old girl. YOUNG was sentenced to 30 months imprisonment, followed by 30 months of extended supervision; however, this sentence was stayed and a 5-year term of supervision was imposed. This sex offense conviction requires YOUNG to register as a sex offender in both the State of Wisconsin and the State of Minnesota for the rest of his life. The sex offense conviction also results in YOUNG being a person required to register as a sex offender under the Sex Offender Registration and Notification Act (SORNA).

8.      On July 27, 2007, YOUNG began registering as a sex offender in Douglas County, Wisconsin. On October 22, 2007, YOUNG began registering as a sex offender in Carlton County, Minnesota, in addition to continuing to register with the State of Wisconsin. YOUNG signed registration forms in Minnesota and Wisconsin acknowledging he understood his requirement to register and to update his registration if any change in address or employment took place.

9.      On April 22, 2008, YOUNG was convicted of the offense of Failure

to Register as a Sex Offender in Carlton County Case Number 09-CR-08-817. On January 25, 2012, YOUNG was convicted of Failure to Register as a Sex Offender in Carlton County Case Number 09-CR-11-1202. On August 31, 2017, YOUNG was again convicted of the offense of Failure to Register as a Sex Offender in Carlton County Case Number 09-CR-17-1906.

10. On October 22, 2019, YOUNG registered as a sex offender in Minnesota, and provided an address of 353 Freeman Rd, Cloquet, Minnesota. As part of the registration, YOUNG initialed several lines with the requirements of his duty to register. One such line stated, "I understand that I must register all changes to my primary address, including moving to another state, at least five days prior to moving.... I must report the change immediately." Further, YOUNG initialed the line directing him to register if he does not have a primary address "within 24 hours of leaving my former primary address." He also acknowledged that "if I move to another state, I must provide written notification to the registration agency in the new state."

11. On January 21, 2020, YOUNG last registered as a sex offender with the State of Minnesota, providing a home address of 180 Reservation Road, Cloquet, Minnesota.

12.     On November 13, 2020, the Carlton County Sheriff's Office issued an arrest warrant for YOUNG, for the offense of First and Second Degree Criminal Sexual Conduct with a Child Under the Age of 16, Carlton County Case Number 09-CR-20-1919. The victim in this offense was a 14-year-old girl.

13.     On December 2, 2020, the Spokane Police Department investigated YOUNG as a suspect in a domestic assault in front of the CHAS Health Family Dental Clinic, located at 203 E. Dalke Avenue, Spokane, Washington. The investigating officer did not contact YOUNG, but his girlfriend, Carol Sailor, stated that they were transient and living out of a pick-up truck in the area. This incident is documented in Spokane Police Department Incident Report 2020-20208741.

14.     On December 16, 2020, Officer Benjamin LaFave, Cloquet Police Department, interviewed YOUNG's ex-wife, Kelsey Nadine Young. Kelsey Young confirmed that YOUNG had left Minnesota and was presently residing in the state of Washington. Additionally, she told Officer LaFave that YOUNG had requested on December 11, 2020 that she provide him with money to return to Minnesota.

15.     On December 17, 2020, Deputy US Marshal Jesse Lindgren confirmed with the Spokane County Sheriff's Office that YOUNG had not

registered as a sex offender with their agency or another law enforcement agency in the State of Washington.

16. On December 19, 2020, Deputy Downey received information that YOUNG was possibly around E. Westview Court and N. Morton Ave, Spokane, Washington. It was believed he and his girlfriend Carol J. Sailor were living in a black Dodge pickup. Around 11am, Deputy Downey located a transient camp in the previously mentioned area and observed a male with similar features to YOUNG sitting in the front seat of a black Chevy Suburban parked next to a recreational vehicle (RV). Task Force Officer Green, Deputies Haraseth, Hershey, Fay, Shafer, Witt, and Downey then formed a perimeter around the vehicles and contacted the male in the Suburban. TFO Green spoke with the man and determined he was not YOUNG, but the male stated YOUNG was in the RV. Deputy Downey then commanded YOUNG to exit the RV. He complied and was arrested without incident. YOUNG initially exited the RV with a black duffle bag that he said contained his personal possessions. Mrs. Sailor also exited the RV. YOUNG'S belongings were left with Mrs. Sailor.

17. Once YOUNG was secured in handcuffs and searched, Deputy Downey activated his video camera at 11:28 am and interviewed YOUNG. Deputy

Downey read to YOUNG a Form USM-309, "Waiver of Rights." When asked if he understood what was read YOUNG replied, "Yes I do." When asked if he was willing to speak with Deputy Downey YOUNG said, "As much as I can." YOUNG stated he was not aware of the warrant from Duluth that had been issued in November of 2020. YOUNG said he moved to Spokane a "couple of months ago." He did not recall specifically when he moved, but reiterated it was two months ago. YOUNG stated he had been living in his truck since arriving in Spokane. YOUNG said he last registered as a sex offender in Cloquet, Minnesota. He clarified that he registered in Cloquet just before moving to Spokane. When asked if he had registered in Spokane, YOUNG said he had not, nor had he made an endeavor to. Deputy Downey asked YOUNG what his understanding was of when he had to register. YOUNG stated he was not sure how long he had to register but agreed he had been registering on a regular basis. The interview was terminated, and YOUNG was transported to the Spokane County Jail and booked as a fugitive for the Minnesota warrant.

18. Based upon the foregoing facts, I believe that probable cause exists for the issuance of a Criminal Complaint and arrest warrant for Timothy S. YOUNG Jr, for violations of 18 USC 2250(a), Failure to Register as a Sex

Offender.

_____
William Downey, Deputy Marshal
United States Marshals Service

Sworn telephonically and signed electronically
~~SUBSCRIBED AND SWORN to before me~~ this __28th__ day of January, 2021.

_____
John T. Rodgers
United States Magistrate Judge