PROB 12C
(6/16)

Report Date: April 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Scott Young, Jr.     Case Number: 0980 2:21CR00076-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 25, 2023

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 (a) | |
| Original Sentence: | Prison - 946 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: July 25, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 24, 2028 |

## PETITIONING THE COURT

To issue a **warrant**

On July 25, 2023, a U.S. probation officer reviewed Mr. Young's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged that Mr. Young is in violation of his supervised release conditions by not staying at his approved residence since April 2, 2025. |
| | On April 2, 2025, the undersigned officer was notified by the property manager at the Lincoln House, Mr. Young's approved residence, that he had been terminated because he was caught sneaking a female out of his window. Per the Lincoln House rules, they permit no guests on the property. It should be noted, the property manager stated this was not the first incident. The property manager also instructed Mr. Young to contact his probation officer to notify her that his housing had been terminated. |

Prob12C
**Re: Young, Timothy Scott**
**April 7, 2025**
**Page 2**

Mr. Young never reported that he had been unsuccessfully terminated from his approved housing, per his conditions of supervision. On April 7, 2025, Mr. Young reported to the probation office. He was questioned about where he had been staying, and he advised he had been sleeping his in girlfriend's vehicle, but was unable to say where the vehicle was located. He just stated "its four blocks from my girlfriend's place." When questioned about where his girlfriend lives, he refused to provide that information, only providing the street name. Mr. Young also admitted he does not have a valid driver's license to be operating the vehicle he is allegedly sleeping in.

2       **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** Timothy Young allegedly violated standard condition number 13 by not following the instructions of the probation officer on April 4, 2025.

On April 4, 2025, the undersigned officer contacted Mr. Young and instructed him to go to the Union Mission Gospel shelter (UGM) since he had been terminated from his approved housing.

On April 7, 2025, the undersigned officer contacted the UGM to verify the offender had been residing there. A staff member at UGM verified that Mr. Young arrived on Sunday, April 6, 2025, to check in. At that time, the rules and regulations were explained to Mr. Young. He stated he was not ok with them and would not obey them. He also lied on the paperwork that he completed upon arrival. After the staff member was able to get the correct information on Mr. Young and look up his criminal history, he was denied entry into the UGM due to being a level three sex offender.

3       **Mandatory Condition #5:** You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence:** Timothy Young is allegedly in violation of his supervised release conditions by not complying with the requirement of the sex offender registration act on or about April 7, 2025.

On April 4, 2025, Mr. Young reported to the Spokane County Sheriff's department to register his most recent address, per his sex offender registration requirements. He reported that he was residing at the UGM.

On April 7, 2025, the undersigned officer contacted the UGM to verify he was residing there. A staff member at UGM verified that Mr. Young arrived on Sunday, April 6, 2025, to check in. At that time, the rules and regulations were explained to Mr. Young. He stated that he was not ok with them and would not obey them. He also lied on the paperwork that he completed upon arrival. After the staff member was able to get the correct information on Mr. Young and look up his criminal history, he was denied entry into the UGM due to being a level three sex offender. Mr. Young did not even report to the UGM until 2 days after he reported that address to the Spokane County Sheriff's department for his sex offender requirements and he never stayed at the UGM; therefore, he lied when he reported to the Spokane County Sheriff department where he is required to register as a sex offender.

Prob12C
Re: Young, Timothy Scott
April 7, 2025
Page 3

| | | |
|---|---|---|
| | 4 | **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** Timothy Young is allegedly in violation of his supervised release conditions by ingesting a controlled substance, methamphetamine, on or about April 2, 2025.

On April 7, 2025, Mr. Young reported to the U.S. Probation Office. He submitted a urine sample that tested presumptive positive for methamphetamine. He admitted last using methamphetamine on April 2, 2025, and signed an admission of use form.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/07/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

4/8/2025
Date