PROB 12C
(6/16)

Report Date:  July 1, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 01, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Scott Young          Case Number: 0980 2:21CR00076-SAB-1

Address of Offender: ████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 25, 2023

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250 (a) | |
| Original Sentence: | Prison - Time Served (464 days) TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence (May 16, 2025) | Prison- Time Served (34 days) TSR- 36 months | |
| Revocation Sentence (June 12, 2025) | Prison- Time Served (10 days) TSR- 36 months | |
| Asst. U.S. Attorney: | Michael Ellis | Date Supervision Commenced: June 13, 2025 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: June 12, 2028 |

## PETITIONING THE COURT

To issue a warrant

On June 13, 2025, a U.S. probation officer reviewed Mr. Young's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, methamphetamine, on or about May 28, 2026. |

**Prob12C**
**Re: Young, Timothy Scott**
**July 1, 2026**
**Page 2**

On May 28, 2026, the offender reported to the probation office. He submitted to a random urinalysis which returned presumptive positive for methamphetamine; he admitted use. Due to his relapse, he was referred back to Pioneer Human Services (PHS) for a substance abuse assessment.

**Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, methamphetamine, on or about June 23, 2026.

On June 23, 2026, the offender submitted a random urinalysis, which returned presumptive positive for methamphetamine. He admitted use.

**Special Condition # 9:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition #9, by consuming alcohol on or about June 23, 2026.

On June 23, 2026, the offender submitted a random urinalysis, which returned presumptive positive for alcohol. He admitted use.

**Special Condition # 7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition #7, by failing to follow the recommendation from a treatment provider on June 29, 2026.

On June 29, 2026, a counselor at PHS notified the undersigned that the offender reported for his substance abuse assessment. During the assessment, he demonstrated a guarded, resistant, and minimally cooperative attitude throughout the appointment. During completion of the assessment, the offender refused to sign the required treatment paperwork, stating, "I don't want to do shit and I'm not signing shit." The offender spoke to the counselor in a highly disrespectful manner, using a lot of insulting and offensive language and calling her derogatory names. It was determined that he is not amenable to treatment and he is not allowed to return. When he was leaving the facility he made the statement, "I am just going to off myself."

**Prob12C**
**Re: Young, Timothy Scott**
**July 1, 2026**
**Page 3**

**Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 8, by ingesting a controlled substance, methamphetamine, on or about June 29, 2026.

On June 29, 2026, the offender submitted a random urinalysis at PHS, which returned presumptive positive for methamphetamine and amphetamine. He admitted use.

**Standard condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition #2, by failing to report to the probation office as instructed on June 30, 2026.

On June 30, 2026, a random home visit was conducted at approximately 6:30 a.m. at Mr. Young's residence. There was no answer. A business card was left instructing him to report to the probation office at 9:00 a.m. on this same date.

At 7:58 a.m., the offender sent the undersigned a text message advising what had happened the day before at his substance abuse assessment. The undersigned instructed him to report to the probation office at 9:00 a.m. He replied and stated he was on his way but would be a little late. He failed to report to the probation office as instructed.

**Standard condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition #2, by failing to report to the probation office as instructed on July 1, 2026.

On June 30, 2026, another attempt to contact Mr. Young was made. He was instructed to report to the probation office on July 1, 2026, at 8:00 a.m.

July 1, 2026, Mr. Young failed to report as directed. He is not making himself available for supervision, therefore absconding from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Young, Timothy Scott**
**July 1, 2026**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/01/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

7/1/2026

Date